452 A.2d 1091

Commonwealth v. Raven, Appellant.

Submitted February 18, 1982. Douglas M. Johnson, Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

The judgment of sentence dated June 19, 1981 is affirmed.

452 A.2d 1091

Commonwealth v. Rhone, Appellant.

Submitted September 21, 1982. Blake E. Martin, Public Defender, for appellant; Frederic G. Antoun, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.